AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MCDONALD, ALAN A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P O BOX 2706<br>YAKIMA WA 98907-2706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OWNER | MARU RANCHES |
| 2. | PARTNER | MARUDO ASSOCIATES |
| 3. | PARTNER | CHIAWANA ORCHARDS |
| 4. | STOCKHOLDER | CHIAWANA INC |
| 5. | PARTNER | MPM PARTNERSHIP |
| 6. | PARTNER | M&M RENTALS, A PARTNERSHIP |
| 7. | OWNER, as a tenant in common | BADGER PCKET ORCHARD |

2007 MAY -7 A 9: 51
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Misc. payables | revolving (Chiawana Inc) Part VII, Line 7 | P1 |
| 2. | Misc. payables | revolving (Chiawana Orch) Part VII, Line 5 | N |
| 3. | U.S. Bank | debt (MPM) Part VII, Line 12 | L |
| 4. | Allen/Meyer/McDonald | notes (Chiawana Orch) Part VII, Line 5 | M |
| 5. | Farm Credit Services | note/debt (Chiawana Orch) Part VII, Line 5 | P1 |
| 6. | Farm Credit Services | term note (Chiawana Inc) Part VII, Line 7 | M |
| 7. | U.S. Bank | operating line (Chiawana Orch) Part VII, Line 5 | P1 |
| 8. | W. G. Meyer, Jr. | note (Chiawana Inc) Part VII, Line 7 | L |
| 9. | Banner Bank | mortgage (Marudo) Part VII, Line 4 | O |
| 10. | Key Bank | mortgage (Marudo) Part VII, Line 4 | M |
| 11. | David Newman | note (Chiawana Inc) Part VII, Line 7 | N |
| 12. | Capital Equipment Lease | equipment (Chiawana Orch), Part VII, Line 5 | M |
| 13. | Shareholder Option Obligation | note (Chiawana Orch) Part VII, Line 5 | N |
| 14. | David Newman | note (Chiawana Orch), Part VII, Line 5 | N |
| 15. | U.S. Bank | note (Chiawana Inc) Part VII, Line 7 | O |
| 16. | Shareholder Option Obligation | note (Chiawana Inc) Part VII, Line 7 | N |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  LORD ABBETT AFFIIATED A- | E | Dividend | N | T | Bought | 4/21 | L | | |
| 2.  Bank of the West Accounts - Yakima, WA | B | Interest | M | T | | | | | |
| 3.  RENTAL PROPERTY, Selah, WA | D | Rent | M | U | | | | | |
| 4.  MARUDO ASSOCIATES (1/2 INTEREST) Land Develop. | G | Rent | P1 | U | | | | | |
| 5.  CHIAWANA ORCHARDS (1/4 int)Bent,Grant,Yak & Frank Co | H1 | Rent | P2 | U | Bought | 3/30 | O | | Coho Farms Ltd |
| 6. | | | | | Bought | 11/13 | L | | S. Younker |
| 7.  CHIAWANA INC (1/4 int) fruit warehouse, Yakima, WA | H1 | Rent | P1 | U | Bought | 5/10 | L | | All Seasons Assoc. |
| 8.  AMERICAN EXPRESS, common stock | B | Dividend | M | T | | | | | |
| 9.  AMERIPRISE FINANCIAL, common stock | A | Dividend | K | T | | | | | |
| 10.  BOEING, INC, common stock | C | Dividend | N | T | | | | | |
| 11.  US BANCORP, common stock | F | Dividend | P1 | T | | | | | |
| 12.  PYPER JAFFRAY, common stock | | None | K | T | | | | | |
| 13.  P'SHIP, 1/3 int, Yakima, WA., cold storage - "MPM" | F | Rent | O | U | | | | | |
| 14.  P'SHIP, 1/2 int, Yakima, WA, wood apple bin rentals-"M&M" | E | Rent | K | U | | | | | |
| 15.  LEHMAN BROS. HOLDINGS, INC, common stock | A | Dividend | L | T | | | | | |
| 16.  BADGER POCKET VISTA RANCH, Kittitas Co., WA (2/3 interest) | D | Rent | M | U | | | | | |
| 17.  GOLDENDALE WA WTR SWR REV REF | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Columo C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.65% 5/1/13, tax free | | | | | | | | | |
| 18. NUVEEN SENIOR INC FD, common stock | B | Dividend | K | T | | | | | |
| 19. ALTRIA GRP, common stock | D | Dividend | N | T | | | | | |
| 20. SAFECO CORP., common stock | B | Dividend | M | T | | | | | |
| 21. COSTCO, common stock | A | Dividend | K | T | | | | | |
| 22. ROYAL DUTCH SHELL | B | Dividend | K | T | | | | | |
| 23. GREATER BAY BANKS, pfd stock, 9% 8/31/2006 | B | Interest | | | Redeemed | 8/31 | K | | No Gain |
| 24. ALLIANCE BERNSTEIN, mutual fund | D | Dividend | L | T | | | | | |
| 25. CHEVRON CORP. common stock | C | Dividend | M | T | | | | | |
| 26. PRINCIPAL FINANCIAL GROUP, common stock | A | Dividend | L | T | | | | | |
| 27. AMGEN, common stock | | None | L | T | | | | | |
| 28. CISCO SYS, common stock | | None | J | T | | | | | |
| 29. CITIGROUP, common stock | A | Dividend | K | T | | | | | |
| 30. GENERAL ELECTRIC, common stock | A | Dividend | K | T | | | | | |
| 31. INTEL CORP, common stock | A | Dividend | K | T | | | | | |
| 32. INTERNATIONAL BUSINESS MACHINE, common stock | A | Dividend | K | T | | | | | |
| 33. ADC TELECOMMUNICATIONS, | | None | | | Total Sale | 9/26 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| common stock | | | | | | | | | |
| 34. MUNDER POWER PLUS, Cl-A, common stock | | None | J | T | | | | | |
| 35. MUNDER POWER PLUS, Cl-B | | None | L | T | | | | | |
| 36. U S BANK ACCOUNT, Agency Account | E | Interest | P1 | T | Partial Sale | 2/1 | K | | No Gain |
| 37. | | | | | Partial Sale | 12/1 | K | | No Gain |
| 38. MEDTRONIC, common stock | A | Dividend | | | Total Sale | 4/20 | L | B | |
| 39. COHEN & STEERS, common stock | D | Dividend | L | T | | | | | |
| 40. GABELLI DIVIDEND, common stock | C | Dividend | L | T | | | | | |
| 41. CALAMOS CONV, common stock | C | Dividend | K | T | | | | | |
| 42. TOBACCO SETTLEMENT, Wa, 6.5% tax exempt bond | B | Interest | K | T | | | | | |
| 43. LORD ABBETT, tax-free, Nat Inc - A | D | Interest | N | T | | | | | |
| 44. MADISON CLAYMORE COVERED CALL FUND | C | Dividend | K | T | | | | | |
| 45. ISTAR FINANCIAL, common stock | C | Dividend | K | T | | | | | |
| 46. ELECTRONIC DATA SYSTEM CORP, com. st. | A | Dividend | | | Total Sale | 9/26 | K | | No Gain |
| 47. KAYNE ANDERSON ENERGY, common stock | C | Dividend | | | Total Sale | 8/7 | L | C | |
| 48. NFJ DIVIDEND INT & PREM STAT FD, common stock | B | Dividend | K | T | | | | | |
| 49. CALAMOS CONVERT. TXBL, SERIES T, | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| fixed inc. | | | | | | | | | |
| 50. CALAMOS CONVERT. TXBL, SERIES F, fixed inc. | C | Dividend | L | T | | | | | |
| 51. RMR REAL ESTATE FD, fixed inc. | B | Dividend | K | T | | | | | |
| 52. PIONEER TAX ADVANTAGED BAL. TR. | C | Dividend | L | T | | | | | |
| 53. CAPITAL LEASE FUNDING | A | Dividend | J | T | | | | | |
| 54. TAMARACK INVT. FUNDS, tax free (cash equivalent) | A | Interest | J | T | | | | | |
| 55. BRISTOL MYERS SQUIBB, common stock | | None | K | T | Bought | 11/28 | K | | |
| 56. CLAYMORE DELTA CAN. ENER. TR 1 | A | Dividend | J | T | Bought | 7/27 | K | | |
| 57. DOVER CORP., common stock | A | Dividend | K | T | Bought | 11/28 | K | | |
| 58. TECHNOLOGY INVEST. CAP. CORP., common stk | A | Dividend | K | T | Bought | 9/26 | K | | |
| 59. ROYAL BANK OF CANADA, common stk | | None | K | T | Bought | 11/28 | K | | |
| 60. CALAMOS CONVERT TXBL, SERIES W, fxd inc | B | Dividend | K | T | Bought | 6/28 | K | | |
| 61. RMR prf. Div. Fd., fixed income | B | Dividend | K | T | Bought | 4/24 | K | | |
| 62. BREITBURN ENERGY PARTNER, LP | | None | K | T | Bought | 10/4 | K | | |
| 63. ENTERPRISE PRODS PARTNERS, LP | | None | L | T | Bought | 9/8 | K | | |
| 64. | | | | | Bought | 9/26 | K | | |
| 65. LINN ENERGY LLC | | None | M | T | Bought | 4/20 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| | U =Book Value | V =Other | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Bought | 8/7 | L | | |
| 67. RENTAL PROPERTY, Condo in Shoreline, WA | D | Rent | M | U | Bought | 1/31 | M | | |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. IRA, DAIN RAUSCHER BROKERAGE ACCOUNT | F | Div/Int | P1 | T | | | | | |
| 71. - Misc FNMA REMIC, collateralized obligation | | | | | Total Sale | 2/15 | J | | No Gain |
| 72. - Bristol Myers Squibb, common stock | | | | | Total Sale | 11/28 | K | | No Gain |
| 73. - Tamarack Invt Fds - cash equivalent | | | | | | | | | |
| 74. - Exxon Mobil Corp, common stock | | | | | | | | | |
| 75. - General Electric, common stock | | | | | | | | | |
| 76. - Nicholas Applegate, tax fixed income bond | | | | | | | | | |
| 77. - Flaherty & Crumrine, bond | | | | | | | | | |
| 78. - Govt Nat' Mtg Assn, 9%, 9/15/08, coll. Obligation | | | | | | | | | |
| 79. - Boston Scientific Corp, common stock | | | | | Total Sale | 9/26 | J | C | |
| 80. - Nisource Inc., common stock | | | | | | | | | |
| 81. - Chevron, common stock | | | | | | | | | |
| 82. - Greater Bay Banks, 9%, pfd bond | | | | | Total Sale | 8/31 | K | | No Gain |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. - Chittenden Capital 8% Pfd, bond | | | | | | | | | |
| 84. - Crosstex Energy Lp | | | | | Total Sale | 8/10 | K | E | |
| 85. - Markwest Energy Partners, LP | | | | | | | | | |
| 86. - Calamos Convertible Opp & Inc Fund | | | | | | | | | |
| 87. - Cimarex Energy Co | | | | | | | | | |
| 88. - Gabelli Div & Inc. Fund | | | | | | | | | |
| 89. - Technology Investment Cap. Corp. | | | | | | | | | |
| 90. - Tortoise Energy Corp. | | | | | | | | | |
| 91. - Verizon Communications | | | | | Total Sale | 2/7 | K | | No Gain |
| 92. - XM Satellite Radio | | | | | Total Sale | 4/7 | K | | No Gain |
| 93. - Eaton Vance Enhanced Equity Inc Fund | | | | | | | | | |
| 94. - Copano Energy | | | | | | | | | |
| 95. - RMR F.I.R.E. Fund | | | | | Total Sale | 2/7 | K | | No Gain |
| 96. - Advent Claymore Enhanced Growth/Income Fund | | | | | | | | | |
| 97. - China Fund | | | | | | | | | |
| 98. - Williams Partners | | | | | Total Sale | 8/7 | L | D | |
| 99. - Electronic Data Sys. | | | | | Total Sale | 9/26 | K | | No Gain |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. - Capital Income Bldr. | | | | | | | | | |
| 101. - Fidelity Adv. Equity Value - Class A | | | | | Total Sale | 1/23 | M | E | |
| 102. - Fidelity Adv. Mid-Cap II - Class A | | | | | | | | | |
| 103. - Fidelity Adv. Mid-Cap II - Class T | | | | | Total Sale | 9/26 | K | C | |
| 104. - Gamerica Capital - A | | | | | Total Sale | 9/1 | L | C | |
| 105. - Abbott Laboratories, common stock | | | | | Bought | 9/26 | K | | |
| 106. - American Cap. Strategies, LTD | | | | | Bought | 8/10 | K | | |
| 107. - Claymore Delta Canadian | | | | | Bought | 7/27 | J | | |
| 108. - Fidelity Adv New Insight Fd, Cl A | | | | | Bought | 1/23 | M | | |
| 109. - Fidelity Adv. Technology - T | | | | | Bought | 9/26 | K | | |
| 110. - USB Capital X, 6.5% pfd bond | | | | | Bought | 4/6 | K | | |
| 111. - Breitburn Energy Partner, LP | | | | | Bought | 10/4 | K | | |
| 112. - Enterprise Prods. Partners, LP | | | | | Bought | 9/8 | K | | |
| 113. - Linn Energy LLC | | | | | Bought | 1/23 | K | | |
| 114. | | | | | Bought | 2/7 | J | | |
| 115. | | | | | Bought | 8/7 | L | | |
| 116. - Dover corp., common stk | | | | | Bought | 2/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. | | | | | Total Sale | 11/28 | K | B | |
| 118. - Royal Bank of Canada | | | | | Bought | 9/26 | K | | |
| 119. | | | | | Total Sale | 11/28 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCDONALD, ALAN A | 04/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI.  LIABILITIES

Item #11 listed on the 2005 annual report (Shinn    LLC note) was paid in full by Chiawana orchards on 9/14/2006 and has been deleted from the liabilities section.

Item #14 on the current annual report is a new note entered into on 1/1/2006 by Chiawana Orchards with shareholder Newman purchasing his interest in Chiawana Orchards.

Item #15 on the current annual report is a note dated 7/6/2006 to US Bank is for the purchase of bins for the warehouse, an obligation of of Chiawana Inc.

Item #16 on the current annual report is a  Shareholder Option Obligation entered into on 3/31/2005 by Chiawana Inc. and shareholder McDonald.  This was overlooked in the 2005 annual report due to its closeness in name to the Shareholder Option Obligation shown on that 2005 report at Line 14 which was entered into on 3/31/2005 by Chiawana Orch and shareholder McDonald.  These are two separate obligations by two separate entities and will continue to be shown separately until paid in full.

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 04/20/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 4/21/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND _____ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544